IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 28 2006

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

| | | |
|---|---|---|
| FARRON RAY JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:03-CV-0018 |
| | § | |
| JO ANNE BARNHART, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO AFFIRM THE DECISION OF THE COMMISSIONER, IN PART, AND TO REVERSE AND REMAND, IN PART, FOR FURTHER PROCEEDINGS

Came this day for consideration plaintiff FARRON RAY JORDAN's appeal of the decision of the Commissioner of Social Security denying plaintiff disability benefits. The United States Magistrate Judge entered a Report and Recommendation on March 10, 2006, recommending that the decision of the Commissioner be affirmed in part, and reversed in part, and the case remanded to the Commissioner for further proceedings. On March 23, 2006, defendant filed objections to the Report and Recommendation. No objections have been filed by plaintiff.

The undersigned United States District Judge has made an independent examination of the record in this case. Contrary to defendant's contention, in his objection, that the medical evidence does not contain the specific findings necessary to meet the criteria of a listed impairment, the Report and Recommendation outlines the medical evidence of record which

meets the criteria for a listed impairment (*see* pages 8-13 of the Report and Recommendation). The ALJ rejected such medical evidence without any meaningful discussion or analysis. Consequently, the case must be remanded as set out in the Report and Recommendation.

THEREFORE, defendant's objections are OVERRULED, and the Report and Recommendation of the United States Magistrate Judge is hereby ADOPTED. Accordingly, the Commissioner's administrative decision finding plaintiff not disabled and not entitled to benefits is AFFIRMED in part, and REVERSED in part, and the decision is REMANDED to the defendant Commissioner for further administrative proceedings consistent with the Report and Recommendation of the Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

ENTERED this _28th_ day of _March_ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE